# EXHIBIT B

## Loss Chart
## Losses of Jason Han in GreenSky, Inc. (GSKY)

| | |
|---|---|
| **Client Name** | Jason Han |
| **Company Name** | GreenSky, Inc. |
| **Ticker Symbol** | GSKY |
| **Date of Offering** | 5/24/2018 |

### § 11 Loss Calculation

| | |
|---|---|
| **Total Shares Purchased** | 50,000 |
| **Price Per Share in the Offering*** | $23.00 |
| **Total Value of Shares at Purchase** | $773,526.52 |
| | |
| **Closing Price on 11/27/2018**** | $9.42 |
| **Proceeds of Sales** | $738,534.74 |
| **Estimated Gain/(Loss)** | $34,991.78 |

\* For purposes of this damage calculation, any retained shares purchased at a price higher than the offering price of $23.00 are valued at $23.00 per share. Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - November 27, 2018 ($9.42).