# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSTAM MUSTAFIN, *individually and behalf of all others similarly situated*,<br><br>       Plaintiff,<br><br> v.<br><br>GREENSKY, INC., DAVID ZALIK, ROBERT PARTLOW, JOEL BABBIT, GERALD BENJAMIN, JOHN FLYNN, GREGG FREISHTAT, NIGEL MORRIS, ROBERT SHEFT, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, SUNTRUST ROBINSON HUMPHREY, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, RAYMOND JAMES & ASSOCIATES, INC., GUGGENHEIM SECURITIES, LLC, SANDLER O'NEILL & PARTNERS, L.P., and FIFTH THIRD SECURITIES, INC.,<br>       Defendants. | Case No. 1:18-cv-11071 (PAE) |
| BRADLEY YU, *individually and behalf of all others similarly situated*,<br><br>       Plaintiff,<br><br> v.<br><br>GREENSKY, INC., DAVID ZALIK, ROBERT PARTLOW, JOEL BABBIT, GERALD BENJAMIN, JOHN FLYNN, GREGG FREISHTAT, NIGEL MORRIS, ROBERT SHEFT, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, SUNTRUST ROBINSON HUMPHREY, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, RAYMOND JAMES & ASSOCIATES, INC., GUGGENHEIM | Case No. 1:19-cv-100 |

|  |  |
|---|---|
| SECURITIES, LLC, SANDLER O'NEILL & PARTNERS, L.P., and FIFTH THIRD SECURITIES, INC., | )<br>)<br>) |
| Defendants. | ) |

**DECLARATION OF ALICE BUTTRICK IN SUPPORT OF THE FUND GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

I, Alice Buttrick, declare as follows:

1. I am an associate at Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") in the Securities Practice Group. I make this declaration in support of Northeast Carpenters Annuity Fund ("Northeast Carpenters"), El Paso Firemen & Policemen's Pension Fund ("El Paso"), and the Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge's ("CPERS") (collectively, the "Fund Group" or "Movant") motion for Appointment as Lead Plaintiff, Appointment of Lead Counsel, and Consolidation of Related Actions. I have personal knowledge of the following, and can and do competently testify hereto.

2. Attached hereto are true and correct copies of the following documents:

**Exhibit A:** initial press release announcing a securities class action involving the securities of Greensky, Inc., dated November 27, 2018, published on Business Wire;

**Exhibit B:** Northeast Carpenters' certification under the federal securities laws;

**Exhibit C:** a chart of Northeast Carpenters' estimated losses during the relevant period;

**Exhibit D:** El Paso's certification under the federal securities laws;

**Exhibit E:** a chart of El Paso's estimated losses during the relevant period;

**Exhibit F:** CPERS' certification under the federal securities laws;

**Exhibit G:** a chart of CPERS' estimated losses during the relevant period;

**Exhibit H:** the Joint Declaration of Northeast Carpenters, El Paso, and CPERS in Support of the Fund Group's Motion for Appointment as Lead Plaintiff, Appointment of Lead Counsel, and Consolidation of Related Actions;

**Exhibit I:** Cohen Milstein's firm resume; and

**Exhibit J:** Scott + Scott's firm resume.

Dated: January 28, 2019

By: */s/ Alice Buttrick*
Alice Buttrick