# EXHIBIT C

**Northeast Carpenters Annuity Fund Losses**  GreenSky, Inc.

| Trade Date | Transaction Type | # Shares | Share Price ($) | Purchase Price Limited by Offer Price | Post-Filing Sale Price Limited by Filing Price | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/2018 | Purchase | 600 | 23.3768 | 23.0000 | | 600 | - | - | $ | 13,800.00 | - |
| 5/24/2018 | Purchase | 400 | 23.3835 | 23.0000 | | 400 | - | - | $ | 9,200.00 | - |
| 5/24/2018 | Purchase | 9,600 | 23 | 23.0000 | | 9,600 | - | - | $ | 220,800.00 | - |
| 5/24/2018 | Purchase | 600 | 23.335 | 23.0000 | | 600 | - | - | $ | 13,800.00 | - |
| 5/24/2018 | Purchase | 2,400 | 22.8623 | 22.8623 | | 2,400 | - | - | $ | 54,869.52 | - |
| 5/24/2018 | Purchase | 1,000 | 23.3719 | 23.0000 | | 1,000 | - | - | $ | 23,000.00 | - |
| 5/24/2018 | Purchase | 800 | 23.0026 | 23.0000 | | 800 | - | - | $ | 18,400.00 | - |
| 5/25/2018 | Purchase | 200 | 25.22 | 23.0000 | | 200 | - | - | $ | 4,600.00 | - |
| 5/25/2018 | Purchase | 700 | 24.578 | 23.0000 | | 700 | - | - | $ | 16,100.00 | - |
| 5/29/2018 | Purchase | 200 | 24.4729 | 23.0000 | | 200 | - | - | $ | 4,600.00 | - |
| 6/5/2018 | Purchase | 100 | 25.582 | 23.0000 | | 100 | - | - | $ | 2,300.00 | - |
| 6/5/2018 | Purchase | 300 | 25.4913 | 23.0000 | | 300 | - | - | $ | 6,900.00 | - |
| 6/7/2018 | Purchase | 1,600 | 22.9903 | 22.9903 | | 1,600 | - | - | $ | 36,784.48 | - |
| 6/7/2018 | Purchase | 200 | 22.9993 | 22.9993 | | 200 | - | - | $ | 4,599.86 | - |
| 6/25/2018 | Purchase | 100 | 23.0144 | 23.0000 | | 100 | - | - | $ | 2,300.00 | - |
| 6/26/2018 | Purchase | 500 | 22.7707 | 22.7707 | | 500 | - | - | $ | 11,385.35 | - |
| 6/27/2018 | Purchase | 400 | 20.22 | 20.2200 | | 400 | - | - | $ | 8,088.00 | - |
| 6/27/2018 | Purchase | 400 | 20.12 | 20.1200 | | 400 | - | - | $ | 8,048.00 | - |
| 6/29/2018 | Purchase | 600 | 21.4197 | 21.4197 | | 600 | - | - | $ | 12,851.82 | - |
| 7/3/2018 | Purchase | 300 | 20.8806 | 20.8806 | | 300 | - | - | $ | 6,264.18 | - |
| 7/6/2018 | Purchase | 100 | 21.1417 | 21.1417 | | 100 | - | - | $ | 2,114.17 | - |
| 7/17/2018 | Purchase | 300 | 18.8869 | 18.8869 | | 300 | - | - | $ | 5,666.07 | - |
| 7/23/2018 | Purchase | 100 | 19.385 | 19.3850 | | 100 | - | - | $ | 1,938.50 | - |
| 7/23/2018 | Purchase | 100 | 19.4921 | 19.4921 | | 100 | - | - | $ | 1,949.21 | - |
| 7/25/2018 | Purchase | 400 | 19.28 | 19.2800 | | 400 | - | - | $ | 7,712.00 | - |
| 7/25/2018 | Purchase | 100 | 19.3 | 19.3000 | | 100 | - | - | $ | 1,930.00 | - |
| 8/8/2018 | Purchase | 600 | 18.9865 | 18.9865 | | 600 | - | - | $ | 11,391.90 | - |
| 8/9/2018 | Purchase | 600 | 17.9124 | 17.9124 | | 600 | - | - | $ | 10,747.44 | - |
| 8/13/2018 | Purchase | 200 | 14.78 | 14.7800 | | 200 | - | - | $ | 2,956.00 | - |
| 8/13/2018 | Purchase | 300 | 14.94 | 14.9400 | | 300 | - | - | $ | 4,482.00 | - |
| 8/13/2018 | Purchase | 100 | 14.905 | 14.9050 | | 100 | - | - | $ | 1,490.50 | - |
| 8/14/2018 | Purchase | 500 | 15.2291 | 15.2291 | | 500 | - | - | $ | 7,614.55 | - |
| 8/15/2018 | Purchase | 200 | 15.6198 | 15.6198 | | 200 | - | - | $ | 3,123.96 | - |
| 8/16/2018 | Purchase | 700 | 17.4115 | 17.4115 | | 700 | - | - | $ | 12,188.05 | - |
| 8/20/2018 | Purchase | 400 | 17.9241 | 17.9241 | | 400 | - | - | $ | 7,169.64 | - |
| 9/13/2018 | Purchase | 800 | 19.9648 | 19.9648 | | 800 | - | - | $ | 15,971.84 | - |
| 9/18/2018 | Purchase | 100 | 19.44 | 19.4400 | | 100 | - | - | $ | 1,944.00 | - |
| 9/18/2018 | Purchase | 200 | 19.7161 | 19.7161 | | 200 | - | - | $ | 3,943.22 | - |
| 9/18/2018 | Purchase | 100 | 19.5191 | 19.5191 | | 100 | - | - | $ | 1,951.91 | - |
| 9/20/2018 | Purchase | 1,700 | 20.1521 | 20.1521 | | 1,700 | - | - | $ | 34,258.57 | - |
| 9/21/2018 | Purchase | 400 | 20.0958 | 20.0958 | | 400 | - | - | $ | 8,038.32 | - |
| 9/24/2018 | Purchase | 300 | 19.8584 | 19.8584 | | 300 | - | - | $ | 5,957.52 | - |
| 9/24/2018 | Purchase | 500 | 19.8499 | 19.8499 | | 500 | - | - | $ | 9,924.95 | - |
| 9/25/2018 | Purchase | 300 | 19.6738 | 19.6738 | | 300 | - | - | $ | 5,902.14 | - |
| 9/26/2018 | Purchase | 400 | 18.9789 | 18.9789 | | 400 | - | - | $ | 7,591.56 | - |

**Damage Summary**

| | |
|---|---:|
| Total Purchases: | 31,400 |
| Total Sales: | (31,400) |
| Total Sales on Purchases: | (31,400) |
| Shares Held: | - |
| Price on Date of First Suit*: | $ 9.92 |
| | |
| Total Purchases: | $ 670,876.43 |
| Total Sales Proceeds: | $ (307,370.11) |
| Total Retained Value: | $ - |
| | |
| **Total Loss:** | **$ 363,506.32** |

*The Date of First Suit/Filing Date used is 11/12/2018.

**Northeast Carpenters Annuity Fund Losses**  **GreenSky, Inc.**

| Date | Type | Qty | Price | Price2 | Price3 | Col7 | Col8 | Col9 | Col10 | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/26/2018 | Purchase | 200 | 18.805 | 18.8050 |  | 200 | - | - | $ 3,761.00 | - |
| 9/26/2018 | Purchase | 200 | 19.481 | 19.4810 |  | 200 | - | - | $ 3,896.20 | - |
| 10/25/2018 | Purchase | 500 | 13.14 | 13.1400 |  | 500 | - | - | $ 6,570.00 | - |
| 11/6/2018 | Sale | (200) | 9.525 |  |  | - | (200) | (200) | - | $ (1,905.00) |
| 11/6/2018 | Sale | (500) | 9.3367 |  |  | - | (500) | (500) | - | $ (4,668.35) |
| 11/6/2018 | Sale | (100) | 9.535 |  |  | - | (100) | (100) | - | $ (953.50) |
| 11/6/2018 | Sale | (300) | 9.3765 |  |  | - | (300) | (300) | - | $ (2,812.95) |
| 11/6/2018 | Sale | (2,000) | 9.2426 |  |  | - | (2,000) | (2,000) | - | $ (18,485.20) |
| 11/7/2018 | Sale | (400) | 9.3715 |  |  | - | (400) | (400) | - | $ (3,748.60) |
| 11/7/2018 | Sale | (100) | 9.1409 |  |  | - | (100) | (100) | - | $ (914.09) |
| 11/7/2018 | Sale | (100) | 9.4108 |  |  | - | (100) | (100) | - | $ (941.08) |
| 11/8/2018 | Sale | (200) | 8.8858 |  |  | - | (200) | (200) | - | $ (1,777.16) |
| 11/8/2018 | Sale | (2,000) | 8.9379 |  |  | - | (2,000) | (2,000) | - | $ (17,875.80) |
| 11/8/2018 | Sale | (200) | 9.0045 |  |  | - | (200) | (200) | - | $ (1,800.90) |
| 11/9/2018 | Sale | (400) | 9.7961 |  |  | - | (400) | (400) | - | $ (3,918.44) |
| 11/9/2018 | Sale | (1,100) | 9.6233 |  |  | - | (1,100) | (1,100) | - | $ (10,585.63) |
| 11/9/2018 | Sale | (100) | 9.8469 |  |  | - | (100) | (100) | - | $ (984.69) |
| 11/9/2018 | Sale | (3,800) | 9.8325 |  |  | - | (3,800) | (3,800) | - | $ (37,363.50) |
| 11/12/2018 | Sale | (2,900) | 9.9931 |  |  | - | (2,900) | (2,900) | - | $ (28,979.99) |
| 11/13/2018 | Sale | (1,300) | 10.1784 |  | 10.1784 | - | (1,300) | (1,300) | - | $ (13,231.92) |
| 11/13/2018 | Sale | (1,300) | 10.1476 |  | 10.1476 | - | (1,300) | (1,300) | - | $ (13,191.88) |
| 11/13/2018 | Sale | (1,300) | 10.1641 |  | 10.1641 | - | (1,300) | (1,300) | - | $ (13,213.33) |
| 11/14/2018 | Sale | (200) | 9.5658 |  | 9.9200 | - | (200) | (200) | - | $ (1,984.00) |
| 11/15/2018 | Sale | (500) | 9.8517 |  | 9.9200 | - | (500) | (500) | - | $ (4,960.00) |
| 11/15/2018 | Sale | (500) | 10.0522 |  | 10.0522 | - | (500) | (500) | - | $ (5,026.10) |
| 11/16/2018 | Sale | (200) | 9.7462 |  | 9.9200 | - | (200) | (200) | - | $ (1,984.00) |
| 11/19/2018 | Sale | (100) | 9.4318 |  | 9.9200 | - | (100) | (100) | - | $ (992.00) |
| 11/21/2018 | Sale | (900) | 9.3633 |  | 9.9200 | - | (900) | (900) | - | $ (8,928.00) |
| 11/26/2018 | Sale | (300) | 9.183 |  | 9.9200 | - | (300) | (300) | - | $ (2,976.00) |
| 11/27/2018 | Sale | (400) | 9.319 |  | 9.9200 | - | (400) | (400) | - | $ (3,968.00) |
| 11/28/2018 | Sale | (300) | 9.3289 |  | 9.9200 | - | (300) | (300) | - | $ (2,976.00) |
| 11/29/2018 | Sale | (200) | 9.3041 |  | 9.9200 | - | (200) | (200) | - | $ (1,984.00) |
| 11/30/2018 | Sale | (300) | 9.3628 |  | 9.9200 | - | (300) | (300) | - | $ (2,976.00) |
| 12/3/2018 | Sale | (200) | 9.2502 |  | 9.9200 | - | (200) | (200) | - | $ (1,984.00) |
| 12/6/2018 | Sale | (400) | 8.92 |  | 9.9200 | - | (400) | (400) | - | $ (3,968.00) |
| 12/6/2018 | Sale | (600) | 8.9557 |  | 9.9200 | - | (600) | (600) | - | $ (5,952.00) |
| 12/7/2018 | Sale | (1,700) | 8.9586 |  | 9.9200 | - | (1,700) | (1,700) | - | $ (16,864.00) |
| 12/10/2018 | Sale | (300) | 9.325 |  | 9.9200 | - | (300) | (300) | - | $ (2,976.00) |
| 12/10/2018 | Sale | (200) | 9.3013 |  | 9.9200 | - | (200) | (200) | - | $ (1,984.00) |
| 12/10/2018 | Sale | (1,900) | 9.3814 |  | 9.9200 | - | (1,900) | (1,900) | - | $ (18,848.00) |
| 12/11/2018 | Sale | (300) | 8.9999 |  | 9.9200 | - | (300) | (300) | - | $ (2,976.00) |
| 12/12/2018 | Sale | (200) | 9.13 |  | 9.9200 | - | (200) | (200) | - | $ (1,984.00) |
| 12/12/2018 | Sale | (800) | 9.29 |  | 9.9200 | - | (800) | (800) | - | $ (7,936.00) |
| 12/13/2018 | Sale | (200) | 9.0185 |  | 9.9200 | - | (200) | (200) | - | $ (1,984.00) |
| 12/17/2018 | Sale | (600) | 8.5541 |  | 9.9200 | - | (600) | (600) | - | $ (5,952.00) |
| 12/18/2018 | Sale | (1,800) | 8.8719 |  | 9.9200 | - | (1,800) | (1,800) | - | $ (17,856.00) |