# EXHIBIT E

El Paso Firemen & Policemen's Pension Fund Losses — GreenSky, Inc.

| Trade Date | Transaction Type | # Shares | Share Price ($) | Purchase Price Limited by Offer Price | Post-Filing Sale Price Limited by Filing Price | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/21/2018 | Purchase | 3,033.00 | 18.2104 | 18.2104 | | 3,033 | - | - | $ 55,232.14 | - |
| 8/22/2018 | Purchase | 7,939.00 | 17.8469 | 17.8469 | | 7,939 | - | - | $ 141,686.54 | - |
| 8/23/2018 | Purchase | 2,626.00 | 18.1529 | 18.1529 | | 2,626 | - | - | $ 47,669.52 | - |
| 8/23/2018 | Purchase | 2,480.00 | 18.1235 | 18.1235 | | 2,480 | - | - | $ 44,946.28 | - |
| 8/23/2018 | Purchase | 1,368.00 | 18.1382 | 18.1382 | | 1,368 | - | - | $ 24,813.06 | - |
| 8/24/2018 | Purchase | 714.00 | 19.2276 | 19.2276 | | 714 | - | - | $ 13,728.51 | - |
| 8/27/2018 | Purchase | 3,830.00 | 19.1175 | 19.1175 | | 3,830 | - | - | $ 73,220.03 | - |
| 8/28/2018 | Purchase | 1,772.00 | 19.0934 | 19.0934 | | 1,772 | - | - | $ 33,833.50 | - |
| 8/29/2018 | Purchase | 978.00 | 19.5601 | 19.5601 | | 978 | - | - | $ 19,129.78 | - |
| 11/6/2018 | Sale | (3,621.00) | 9.05 | | | - | (3,621) | (3,621) | - | $ (32,770.05) |
| 11/6/2018 | Sale | (21,119.00) | 8.9879 | | | - | (21,119) | (21,119) | - | $ (189,815.46) |

Damage Summary

| | |
|---|---|
| Total Purchases: | 24,740 |
| Total Sales: | (24,740) |
| Total Sales on Purchases: | (24,740) |
| Shares Held: | - |
| Price on Date of First Suit*: | $ 9.92 |
| | |
| Total Purchases: | $ 454,259.35 |
| Total Sales Proceeds: | $ (222,585.51) |
| Total Retained Value: | $ - |
| **Total Loss:** | **$ 231,673.84** |

*The Date of First Suit/Filing Date used is 11/12/2018.