# EXHIBIT G

**Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge Losses** — GreenSky, Inc.

| Trade Date | Transaction Type | # Shares | Share Price ($) | Purchase Price Limited by Offer Price | Post-Filing Sale Price Limited by Filing Price | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/2018 | Purchase | 304.00 | 23 | 23.0000 | | 304 | - | - | $ 6,992.00 | - |
| 5/24/2018 | Sale | (304.00) | 22.15 | | | - | (304) | (304) | - | $ (6,733.60) |
| 7/6/2018 | Purchase | 645.00 | 21.250496 | 21.2505 | | 645 | - | - | $ 13,706.57 | - |
| 7/9/2018 | Purchase | 793.00 | 22.06 | 22.0600 | | 793 | - | - | $ 17,493.58 | - |
| 7/9/2018 | Purchase | 522.00 | 21.631302 | 21.6313 | | 522 | - | - | $ 11,291.54 | - |
| 7/10/2018 | Purchase | 2,191.00 | 22.023601 | 22.0236 | | 2,191 | - | - | $ 48,253.71 | - |
| 7/10/2018 | Purchase | 787.00 | 22.38 | 22.3800 | | 787 | - | - | $ 17,613.06 | - |
| 7/11/2018 | Purchase | 2,332.00 | 21.069198 | 21.0692 | | 2,332 | - | - | $ 49,133.37 | - |
| 7/11/2018 | Purchase | 1,467.00 | 21.177402 | 21.1774 | | 1,467 | - | - | $ 31,067.25 | - |
| 7/12/2018 | Purchase | 1,827.00 | 20.431702 | 20.4317 | | 1,827 | - | - | $ 37,328.72 | - |
| 7/13/2018 | Purchase | 1,606.00 | 19.146102 | 19.1461 | | 1,606 | - | - | $ 30,748.64 | - |
| 7/13/2018 | Purchase | 568.00 | 19.235193 | 19.2352 | | 568 | - | - | $ 10,925.59 | - |
| 7/16/2018 | Purchase | 320.00 | 19.243187 | 19.2432 | | 320 | - | - | $ 6,157.82 | - |
| 7/18/2018 | Purchase | 805.00 | 19.769403 | 19.7694 | | 805 | - | - | $ 15,914.37 | - |
| 9/11/2018 | Purchase | 1,186.00 | 20.0772 | 20.0772 | | 1,186 | - | - | $ 23,811.56 | - |
| 9/12/2018 | Purchase | 2,059.00 | 20.622399 | 20.6224 | | 2,059 | - | - | $ 42,461.52 | - |
| 10/18/2018 | Purchase | 193.00 | 15.38259 | 15.3826 | | 193 | - | - | $ 2,968.84 | - |
| 11/6/2018 | Sale | (8,032.00) | 8.79 | | | - | (8,032) | (8,032) | - | $ (70,601.28) |
| 11/6/2018 | Sale | (9,269.00) | 9.1 | | | - | (9,269) | (9,269) | - | $ (84,347.90) |

| Damage Summary | |
|---|---|
| Total Purchases: | 17,605 |
| Total Sales: | (17,605) |
| Total Sales on Purchases: | (17,605) |
| Shares Held: | - |
| Price on Date of First Suit*: | $ 9.92 |
| | |
| Total Purchases: | $ 365,868.13 |
| Total Sales Proceeds: | $ (161,682.78) |
| Total Retained Value: | $ - |
| | |
| **Total Loss:** | **$ 204,185.35** |

*The Date of First Suit/Filing Date used is 11/12/2018.