

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2020

IN RE GREENSKY SECURITIES LITIGATION

Case No.: 1:18-cv-11071 (AKH)

**INITIAL SCHEDULING ORDER**

The Court held an initial scheduling conference in this matter on January 23, 2020, and enters the following scheduling order, pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure:

**A.** Initial Non-Expert Discovery:

    a. Initial disclosures pursuant to Rule 26(a)(1) shall be exchanged by **February 6, 2020**.

    b. Plaintiffs shall substantially complete document production with respect to class certification by **February 28, 2020**.

**B.** Motion for Class Certification:

    1. Plaintiffs shall move for class certification on or before **February 21, 2020**.

    2. The parties shall appear for a Second Case Management Conference to discuss the status of the case, the need for further class certification briefing, and any other issue counsel or the Court wishes to discuss. The Case Management Conference will be held on **March 11, 2020, at 2:30 p.m.**

SO ORDERED.

DATED: New York, New York

January 27, 2020

ALVIN K. HELLERSTEIN
United States District Judge