# COHENMILSTEIN

```
USDC S NY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE F:      3/10/2020
```

Steven J. Toll
(202) 408-4646
stoll@cohenmilstein.com

March 9, 2020

*The conf is further adjourned to March 31, 2020, 4:00 p.m.*

*3-10-2020*

*[signature] A.K. Hellerstein*

*Via Facsimile*

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
40 Foley Square, Room 1050
New York, NY 10007

Re:   *In re GreenSky Securities Litigation*, 18 Civ. 11071 (AKH)

Dear Judge Hellerstein:

    We are Co-Lead Counsel for Lead Plaintiffs Northeast Carpenters Annuity Fund, El Paso Firemen & Policemen's Pension Fund, and the Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge in the above-referenced action.

    We appreciate the Court's willingness to accommodate counsel's scheduling conflicts by adjourning the parties' upcoming status conference to March 27, 2020, from March 17, 2020 (Dkt. No. 135). We have learned from Defendants' counsel, however, that they are unavailable on March 27.

    In my letter to the Court this past Friday (Dkt. No. 134), I indicated the parties were available for a conference on March 20. That remains true. If this date is not convenient for the Court, the parties suggest the morning of March 31 as an alternative date. Otherwise, the parties are willing to make themselves available on March 17, the date initially set by the Court.

    The parties thus request a conference with the Court on March 20, the morning of March 31, or March 17, in that order of preference. Should the Court have questions or concerns, we are available to address them at the Court's convenience.

**COHENMILSTEIN**

The Honorable Alvin K. Hellerstein
March 9, 2020
Page 2

Respectfully submitted,

/s/ Steven J. Toll
Steven J. Toll

cc: All counsel of record (via email)