UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
: **ORDER REGULATING**
: **PROCEEDINGS**
IN RE GREENSKY SECURITIES LITIGATION :
: 18 Civ. 11071 (AKH)
:
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        For the reasons discussed at the telephonic status conference held on May 26, 2020, this matter will proceed as follows:

1. On or before June 1, 2020, at 12:00 p.m., the parties will jointly submit a proposed class certification order, defining the class, proposing methodology for the service to potential members of the class, *see* Fed. R. Civ. P. 23, along with a timeline for the distribution of notice to class members, for opt outs, and for all other aspects of class certification procedures.

2. All written discovery will be completed by August 31, 2020. Requests for admissions and contention interrogatories will be deferred.

3. The next status conference will be held on Wednesday, September 16, 2020, at 2:30 p.m. to plan depositions. Counsel will propose a plan for depositions, identifying potential witnesses to depose, prior to the conference.

        SO ORDERED.

Dated:    May 28, 2020                                _____/s/_____
           New York, New York                     ALVIN K. HELLERSTEIN
                                                             United States District Judge