UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
                                                               :
                                                               :   **ORDER REGULATING**
                                                               :   **PROCEEDINGS**
IN RE GREENSKY SECURITIES LITIGATION                           :
                                                               :   18 Civ. 11071 (AKH)
                                                               :
                                                               :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Court has received and reviewed the parties' proposed notice to the class. *See* ECF No. 147. Before approving the class notice, the Court instructs the parties to make two representations as follows:

    1.    The parties shall submit a letter to the Court, on or before July 1, 2020, explaining how the parties intend to identify recipients of the notices, whether discovery will be involved, and, if so, over what time frame discovery will take place.

    2.    The parties, in the same letter referenced *supra* in item 1, shall inform the Court when the notices will be sent.

    SO ORDERED.

Dated:     June 17, 2020                                    _____/s/_____
            New York, New York                      ALVIN K. HELLERSTEIN
                                                            United States District Judge