# COHENMILSTEIN

Steven J. Toll<br>
(202) 408-4646<br>
stoll@cohenmilstein.com

September 16, 2020

*Via ECF*

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
40 Foley Square, Room 1050
New York, NY 10007

    Re:    <u>In re GreenSky Securities Litigation</u>, 18 Civ. 11071 (AKH)

Dear Judge Hellerstein:

    We are Co-Lead Counsel for Lead Plaintiffs Northeast Carpenters Annuity Fund, El Paso Firemen & Policemen's Pension Fund, and the Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge in the above-referenced action. We write on behalf of the parties[1] pursuant to the Court's Order dated May 28, 2020 (ECF No. 142) (the "May 28, 2020 Order"), which instructed the parties to "propose a plan for depositions, identifying potential witnesses to depose, prior to the [September 16] conference."

    Pursuant to the May 28, 2020 Order and the Order Regarding the Protocol for Production of Electronically Stored Information and Hard-Copy Documents (ECF No. 156), Defendants have represented to Lead Plaintiffs that they have substantially completed their document production as of August 31, 2020, and will produce any remaining documents as well as a privilege log by September 30, 2020. Lead Plaintiffs' review of Defendants' documents is ongoing. Based on Lead Plaintiffs' review of Defendants' documents to date, Lead Plaintiffs have identified the following potential deponents, but reserve the right to modify this list as their review of documents progresses. Lead Plaintiffs believe that, given the number of potential deponents set forth below

---

[1] Defendants in this action are GreenSky, Inc., David Zalik, Robert Partlow, Joel Babbit, Gerald Benjamin, John Flynn, Gregg Freishtat, Nigel Morris, Robert Sheft, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., SunTrust Robinson Humphrey, Inc., Raymond James & Associates, Inc., Sandler O'Neill & Partners, L.P., Fifth Third Securities, Inc., and Guggenheim Securities, LLC.

COHENMILSTEIN

The Honorable Alvin K. Hellerstein
September 16, 2020
Page 2

and based on our preliminary review of the documents, we will almost certainly seek leave of the Court to increase the number of depositions to more than 10, pursuant to Fed. R. Civ. P. 30(a)(2)(A)(i).

|    | **Deponent** | **Title** | **Employer** |
|----|--------------|-----------|--------------|
| 1  | David Zalik | Co-founder, CEO and Chairman of the Board of Directors *(Individual Defendant)* | GSKY |
| 2  | Robert Partlow | CFO *(Individual Defendant)* | GSKY |
| 3  | Gene Burke | COO | GSKY |
| 4  | James Giuliani | Chief Accounting Officer | GSKY |
| 5  | Tim Kaliban | President & Chief Risk Officer | GSKY |
| 6  | Joel Babbit | Director *(Individual Defendant)* | GSKY |
| 7  | Gerald Benjamin | Director, Vice Chairman *(Individual Defendant)* | GSKY |
| 8  | John Flynn | Director *(Individual Defendant)* | GSKY |
| 9  | Gregg Freishtat | Director *(Individual Defendant)* | GSKY |
| 10 | Nigel Morris | Director *(Individual Defendant)* | GSKY |
| 11 | Robert Sheft | Director *(Individual Defendant)* | GSKY |
| 12 | Chris Forshay | President, Home Improvement & Retail | GSKY |
| 13 | Dennis Kelly | President, GreenSky Patient Solutions | |
| 14 | Rebecca Gardy | Senior VP of Investor Relations | GSKY |
| 15 | Anup Mehendale | VP, Analytics | GSKY |
| 16 | Richard Awbrey | FP&A | GSKY |
| 17 | Brinkley Dickerson | Legal Counsel | Troutman Sanders |
| 18 | Adrien Salomon | Client Growth Manager | GSKY |
| 19 | Brandon Watkins | Investment Banking Division | GS |
| 20 | Tim Wicket | Investment Banking Division, Industry Group | GS |
| 21 | Alex Nichols | Investment Banking Division | GS |
| 22 | Bozhena Lisko | Investment Banking Division, Industry Group | GS |
| 23 | Clayton Robinson | IPO team lead | JPM |
| 24 | Harshit Kandpal | Investment Banking Division, Financial Institutions Group | JPM |

COHENMILSTEIN

The Honorable Alvin K. Hellerstein
September 16, 2020
Page 3

| 25 | Alexander Rienzie | Investment Banking Division, Financial Institutions Group | JPM |
|---|---|---|---|
| 26 | Benjamin Markowitz | Analyst, Investment Banking Division, Financial Institutions Group | JPM |
| 27 | David Duzyk | Global Chairman of Investment Banking | JPM |
| 28 | Michael Milman | Co-Head of Americas Equity Capital Markets & Global Head of Technology | JPM |
| 29 | Tim Wolfe | Managing Director, Financial Technology Partners | Financial Technology Partners |

Defendants' position is that depositions in this case should be governed by Fed. R. Civ. P. 30, which presumptively limits the number of depositions to 10 per side. In the event any party seeks to take more than 10 depositions per side, the party shall make an appropriate application to the Court pursuant to Fed. R. Civ. P. 30(a)(2)(A)(i) setting forth the basis for the additional deposition. At this time, Defendants intend to depose each Lead Plaintiff and, depending on that testimony, Defendants may depose one or more of the investment managers and investment consultants for each Lead Plaintiff. Defendants may modify this proposed list in light of the testimony of Lead Plaintiffs.

|   | **Deponent** | **Role** |
|---|---|---|
| 1 | Northeast Carpenters Annuity Fund | Lead Plaintiff |
| 2 | El Paso Firemen & Policemen's Pension Fund | Lead Plaintiff |
| 3 | City of Baton Rouge and Parish of East Baton Rouge | Lead Plaintiff |
| 4 | TimesSquare Capital Management | Investment Manager to Lead Plaintiff Northeast Carpenters Annuity Fund |
| 5 | Hood River Capital Management | Investment Manager to Lead Plaintiff City of Baton Rouge and Parish of East Baton Rouge |
| 6 | William Blair & Co. | Investment Manager to Lead Plaintiff El Paso Firemen & Policemen's Pension Fund |
| 7 | Investment Performance Services | Investment Consultant to Lead Plaintiff Northeast Carpenters Annuity Fund |
| 8 | AndCo Consulting | Investment Consultant to Lead Plaintiff City of Baton Rouge and Parish of East Baton Rouge |

COHENMILSTEIN

COHENMILSTEIN

The Honorable Alvin K. Hellerstein
September 16, 2020
Page 4

| 9 | Meketa Investment Group | Investment Consultant to Lead Plaintiff El Paso Firemen & Policemen's Pension Fund |

    Finally, given the ongoing pandemic, the parties anticipate that many of these depositions will need to be conducted remotely. The parties have agreed to submit a remote deposition protocol for the Court's approval within 30 days of today's status conference.

    We look forward to our conference with the Court later today.

Respectfully submitted,

 */s/ Steven J. Toll*
Steven J. Toll

cc: All counsel of record (via ECF)