UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
: 
: 
: 
IN RE GREENSKY SECURITIES LITIGATION : **ORDER REGULATING**
: **PROCEEDINGS**
: 
: 18 Civ. 11071 (AKH)
: 
: 
: 
: 
: 
: 
: 
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 16, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter will proceed as follows:

1. On or before September 30, 2020, the parties shall submit to the Court their respective privilege logs.

2. During the week of October 12, 2020, the parties shall meet and confer to attempt to resolve any privilege disputes.

3. The parties shall appear for a telephonic hearing on October 19, 2020 at 1:00 pm, during which the Court will hear argument concerning any remaining privilege disputes.

4. On or before November 20, 2020, the parties shall submit to the Court their respective deposition plans, including an explanation of the appropriateness of each proposed deposition.

1

5. The parties shall appear for a telephonic status conference on November 24, 2020 at 11:00 am, to discuss their proposed deposition plans, make suggestions as to the continued progress of the litigation, and so that the Court can make any appropriate rulings.

SO ORDERED.

Dated: September 17, 2020
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge