```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
IN RE GREENSKY SECURITIES LITIGATION                         :   SCHEDULING ORDER
                                                             :
                                                             :   18 Civ. 11071 (AKH)
                                                             :
                                                             :
------------------------------------------------------------ X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties are hereby ordered to appear for a telephonic status conference on Thursday, April 29, 2021, at 2:30 p.m., which conference will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than April 26, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:   December 7, 2020                 _/s/ Alvin K. Hellerstein_ _
         New York, New York               ALVIN K. HELLERSTEIN
                                          United States District Judge

1