## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GREENSKY SECURITIES LITIGATION | Case No. 18-cv-11071 (AKH) |

## LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT

PLEASE TAKE NOTICE that Lead Plaintiffs Northeast Carpenters Annuity Fund, El Paso Firemen & Policemen's Pension Fund, and the Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge (collectively, "Lead Plaintiffs"), on behalf of themselves and each of the Class Members, move this Court before the Honorable Alvin K. Hellerstein for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of notice to Class Members; and (iii) scheduling a final approval hearing on the Settlement and dismissal of the Action with prejudice upon the terms and conditions set forth in the Stipulation of Settlement filed herewith, and on Co-Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses.

Dated: May 24, 2021          Respectfully submitted,

/s/ Steven J. Toll
_____

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll (admitted *pro hac vice*)
S. Douglas Bunch (SB-3028)
Jan Messerschmidt (admitted *pro hac vice*)
1100 New York Avenue, N.W. │ Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Jessica (Ji Eun) Kim (5326129)
88 Pine Street │ 14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
jekim@cohenmilstein.com

Manuel J. Dominguez (admitted *pro hac vice*)
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Tel.: (561) 515-1400
Fax: (561) 515-1401
jdominguez@cohenmilstein.com

SCOTT + SCOTT ATTORNEYS AT LAW LLP
Max Schwartz (MS-2517)
Tom Laughlin (TL-8888)
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
mschwartz@scott-scott.com
tlaughlin@scott-scott.com

*Attorneys for Lead Plaintiffs Northeast Carpenters Annuity Fund, El Paso Firemen & Policemen's Pension Fund, and the Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge*