UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GREENSKY SECURITIES LITIGATION | Case No. 18-cv-11071 (AKH)

NOTICE OF CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT OF LEAD PLAINTIFFS' COSTS AND EXPENSES

PLEASE TAKE NOTICE that Court-appointed Co-Lead Counsel in the above-captioned class action ("Action"), Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and Scott + Scott Attorneys at Law LLP ("Scott + Scott"), will move this Court on October 19, 2021 at 10:00 a.m., either remotely or in person at the Court's discretion, before the Honorable Alvin K. Hellerstein, for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure and 15 U.S.C. § 77z-1(a)(4): (i) awarding attorneys' fees in the amount of 25% of the Settlement Fund, or $6,875,000; (ii) paying Litigation Expenses in the amount of $200,786.46 incurred in prosecuting the Action; and (iii) reimbursing Lead Plaintiffs Northeast Carpenters Annuity Fund ("Northeast Carpenters"), El Paso Firemen & Policemen's Pension Fund ("El Paso"), and the Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge ("CPERS") (collectively, "Lead Plaintiffs") in the amount of $16,092.70 for work directly related to its representation of the Class, as authorized by 15 U.S.C. § 77z-1(a)(4).

PLEASE TAKE FURTHER NOTICE that in support of this motion, Co-Lead Counsel submit and are filing herewith: (i) the Memorandum of Law in Support of Co-Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement of Lead Plaintiffs' Costs and Expenses, dated September 14, 2021; and (ii) the Joint Declaration of Steven J. Toll and Max Schwartz in Support of Motions for Final Approval

of the Proposed Settlement and Approval of the Plan of Allocation, and for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, dated September 14, 2021, with annexed exhibits.

Dated: September 14, 2021

Respectfully submitted,

/s/ Steven J. Toll

COHEN MILSTEIN SELLERS & TOLL PLLC
Steven J. Toll (admitted *pro hac vice*)
S. Douglas Bunch (SB-3028)
Jan Messerschmidt (admitted *pro hac vice*)
1100 New York Avenue, N.W. │ Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dbunch@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Jessica (Ji Eun) Kim (5326129)
88 Pine Street │ 14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
jekim@cohenmilstein.com

Manuel J. Dominguez (admitted *pro hac vice*)
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Tel.: (561) 515-1400
Fax: (561) 515-1401
jdominguez@cohenmilstein.com

SCOTT + SCOTT ATTORNEYS AT LAW LLP
Max Schwartz (MS-2517)
Tom Laughlin (TL-8888)
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
mschwartz@scott-scott.com
tlaughlin@scott-scott.com

*Attorneys for Lead Plaintiffs Northeast Carpenters Annuity Fund, El Paso Firemen & Policemen's Pension Fund, and the Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge*