## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GREENSKY SECURITIES LITIGATION | Civil Action No.: 1:18-cv-11071-AKH <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the Motion of Nonparty Subpoena Recipient TimesSquare Capital Management, LLC ("TimesSquare") and upon all pleadings and proceedings heretofore had herein, the law firm of Parker Ibrahim & Berg LLP, shall move before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York 10007, for an Order, pursuant to Rule 45(d)(1) of the *Federal Rules of Civil Procedure*, granting reimbursement of TimesSquare's reasonable fees and costs associated with responding to two subpoenas issued by Defendants, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
September 29, 2021

                        **PARKER IBRAHIM & BERG LLP**
*Attorneys for Nonparty Subpoena Recipient,*
TimesSquare Capital Management, LLC

*/s/ Scott W. Parker*
Scott W. Parker, Esq.
5 Penn Plaza, Suite 2371
New York, New York 10001
Telephone: (212) 596-7037
Facsimile: (212) 596-7036
Email: scott.parker@piblaw.com

*Please reply to Somerset address:*

270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700