UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                        : **ORDER**

IN RE GREENSKY SECURITIES LITIGATION    : 18-cv-11071 (AKH)

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 19, 2021 I approved a settlement of the above-captioned matter. As I advised counsel, I could not consider a dispute between Defendants and non-party subpoena recipient TimesSquare Capital Management, LLC. I hold stock in TimesSqaure beneficially and must recuse from consideration of the motion it filed on October 6, 2021.

        In relevant part, TimesSquare filed a motion seeking reimbursement for attorneys' fees and costs in connection with two subpoenas Defendants issued (ECF No. 197). TimesSquare also filed an accompanying declaration, memorandum of law, and proposed order (ECF Nos. 199, 200, 201). Defendants filed a memorandum of law in opposition and a supporting declaration (ECF Nos. 203, 204). TimesSquare has advised Chambers it will file its Reply by October 22, 2021 (ECF Nos. 207, 208).

        I hereby direct the Clerk to open a miscellaneous case for consideration of this dispute. The miscellaneous case shall include the filings referenced above (ECF Nos. 197, 200, 201, 203, 204, 207,

208). The fee for opening this case shall be waived and the Clerk's office shall assign this case at random.

SO ORDERED.

Dated: October 21, 2021
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge